UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OSVALDO ROJAS, | § | |
|     PLAINTIFF, | § | |
| V. | § | CASE NO. 3:19-CV-1712-B-BK |
| | § | |
| MEGAMEX FOODS, LLC/DON | § | |
| MIGUEL FOODS, | § | |
|     DEFENDANT. | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Defendant's motion, Doc. 18, is **GRANTED.**

Plaintiff's retaliation, section 1981, and discrimination claims under chapter 21 of the TCHRA are **DISMISSED WITH PREJUDICE**. Plaintiff's origin discrimination, hostile work environment, and defamation claims are **DISMISSED WITHOUT PREJUDICE**.

**Within 14 days of this Order**, Plaintiff may file an amended complaint as to his origin discrimination, hostile work environment, and defamation claims only, if desired. However, if Plaintiff fails to do so or the amended complaint does not cure the deficiencies outlined in the magistrate judge's report, Plaintiff's origin discrimination, hostile work environment, and defamation claims will be **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 30th day of June, 2020.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE