IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OSVALDO ROJAS, § | |
|     PLAINTIFF, § | |
| § | |
| v. § | CASE NO. 3:19-CV-01712-B-BK |
| § | |
| MEGAMEX FOODS, LLC/DON MIGUEL § | |
| FOODS, § | |
|     DEFENDANT. § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation on Defendant's *Motion to Dismiss Plaintiff's First Amended Complaint and Brief in Support*. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendant's *Motion to Dismiss Plaintiff's First Amended Complaint and Brief in Support* is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's Title VII claim for hostile work environment is **DISMISSED WITH PREJUDICE**. Defendant's motion to dismiss Plaintiff's claims for Title VII national origin discrimination and for defamation is **DENIED**.

**SO ORDERED** this 19th day of February, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE